KIMBERLY–CLARK WORLDWIDE, INC. and Kimberly–Clark Global Sales, LLC, Plaintiffs–Appellants,

v.

FIRST QUALITY BABY PRODUCTS, LLC and First Quality Retail Services, LLC, Defendants–Appellees.

No. 2010–1159.

United States Court of Appeals, Federal Circuit.

March 5, 2010.

Ira E. Silfin, Amster Rothstein & Ebenstein LLP, New York, NY, for Defendants–Appellees.

Anthony S. Baish, Godfrey & Kahn, S.C., Milwaukee, WI, for Plaintiffs–Appellants.

## ORDER

The parties having so agreed, it is OR-DERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).